IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMES LAMONT TAYLOR, | ) |
| Plaintiff- Appellant, | ) |
| | ) CASE NO.  1:23-cv-2 |
| V. | ) |
| | ) Appeal No. 23-14239-H |
| JEFFERSON ENERGY COOPERATIVE, | ) |
| Defendants - Appellee. | ) |

ORDER

The appeal in the above-styled action having been dismissed for lack of jurisdiction by the United States Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

SO ORDERED, this \_\_\_\_13th\_\_\_\_ day of September, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA